ACCEPTED
01-15-00944-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 12:11:23 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00944-CV

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 12:11:23 PM
CHRISTOPHER A. PRINE
Clerk

**CASO, INC.
APPELLANT**

**v.**

**249 LLC
APPELLEE**

**ON APPEAL FROM
THE 61ST JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS
HON. MICHAEL LANDRUM PRESIDING**

**CAUSE NO. 2012-42902**

### AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGES OF SAID COURT:

The parties in the above referenced matter file this Agreed Motion to Dismiss the Appeal filed in this matter. The parties have reached an accord and no longer wish to pursue an appeal in this matter.

Respectfully submitted,

**KERR WILSON, P.C.**

Thomas J. Kerr
SBOT: 00786015
16800 Imperial Valley
Suite 360
Houston, Texas 77060
Tel:     281.260.6304
Fax:     281.260.6467

TJK/CASO/NOA

Page 1

Nov 18 15 02:19p        Jimmy D. Ashley Attorney        713-524-4038        p.1

ATTORNEY FOR
CASO, INC.

Agreed:

_____
Jimmy D. Ashley
SBN: 01378000
P.O. BOX 55625
Houston, Texas 77255-5625
Tel.    (713) 521-0218
Fax:    (713) 524-4038
Attorney for 249, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served on the Plaintiff/Appellee in the required manner on this 18 day of November 2015.

_____
Thomas J. Kerr

TJK/CASO/NOA

Nov 18 15 02:20p        Jimmy D. Ashley Attorney        713-524-4038        p.2